United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| BBA LOGISTICS LLC, *individually* AND *as assignee of* SL PRODUCE LLC § § § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-47 |
| GO PRO EXPRESS LLC § § | |

**ORDER**

Pursuant to 28 U.S.C. § 636(b)(1), this case is hereby **REFERRED** to United States Magistrate Judge Christopher dos Santos for all pretrial proceedings, including hearings, rulings on non-dispositive motions, and pretrial and settlement conferences.

It is so **ORDERED**.

**SIGNED** April 17, 2025.

Marina Garcia Marmolejo
United States District Judge