UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| BBA LOGISTICS LLC, *individually and as assignee of* SL PRODUCE LLC § § § | |
| VS. § § | CIVIL ACTION NO. 5:25-cv-47 |
| GO PRO EXPRESS LLC § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 22, 2025, the Court referred Plaintiff's Motion for Entry of Final Judgment by Default to United States Magistrate Judge Christopher dos Santos for a Report and Recommendation (*see* Dkt. No. 11). Judge dos Santos issued his report (Dkt. No. 14), recommending that: (1) Plaintiff's motion be granted to the extent that default judgment be entered on Plaintiff's Carmack Amendment and breach of contract claims against Defendant Go Pro Express LLC; (2) Plaintiff's motion be denied to the extent it requested attorney's fees; and (3) Plaintiff be awarded the following: (a) damages in the amount of $20,076.00; (b) pre-judgment interest on the $20,076.00 damages at a rate of 7.25%; and (c) post-judgment interest at the applicable rate from the date of Final Judgment (Dkt. No. 14 at 18–19). The fourteen-day objection period has lapsed, and no party objected to these recommendations.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding

none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's Report and Recommendation (Dkt. No. 14).

Accordingly, Plaintiff's Motion for Entry of Final Judgment by Default (Dkt. No. 10) is **GRANTED IN PART** and **DENIED IN PART** as set forth in Judge dos Santos's Report and Recommendation (Dkt. No. 14). The Court will enter Final Judgment under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** December 29, 2025.

Marina Garcia Marmolejo
United States District Judge